USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/1/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LM, *et al.*,

                    Plaintiffs,

          –v–

New York City Department of Education,

                    Defendant.

20-cv-4246 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Initial Pretrial Conference scheduled for September 4, 2020, is adjourned to September 18, 2020, at 3:15 PM.  The parties are ordered to submit their proposed case management plan and joint letter seven days prior to the scheduled conference.  The parties are reminded that pursuant to Rule 1.I. of this Court's Individual Practices in Civil Cases, all attorneys are required to promptly enter an appearance in the case.  Plaintiff is hereby ordered to serve a copy of this Order on all Defendants.

          SO ORDERED.

Dated: September 1, 2020
          New York, New York

_____
          ALISON J. NATHAN
          United States District Judge