UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.M.,

           Plaintiff,

     –v–

New York City Department of Education,

           Defendant.

20-cv-4246 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties' joint letter and proposed case management plan were due on October 16, 2020. The Court has not received them. The parties are ordered to file their joint letter and proposed case management plan by October 21, 2020.

    SO ORDERED.

Dated: October 19, 2020
       New York, New York

                                 ALISON J. NATHAN
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2020